UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICKY LAI,<br><br>                Plaintiff,<br><br>     v.<br><br>SWEDISH MEDICAL CENTER,<br><br>                Defendant. | CASE NO. C16-1141-JLR<br><br>REPORT AND RECOMMENDATION |

Plaintiff, proceeding pro se in this civil matter, filed a motion to proceed *in forma pauperis* (IFP). (Dkt. 1.) Plaintiff indicates she receives $7,000.00 in net monthly salary, with $5,800.00 in monthly expenses, and has cash on hand and in checking and savings accounts totaling $5,600.00. Considering this information, it appears plaintiff has the funds available to pay the filing fee in this matter.

Accordingly, the Court recommends that plaintiff's motion to proceed IFP (Dkt. 1) be DENIED. This action should proceed only if plaintiff pays the $400.00 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation. If no

/ / /

REPORT AND RECOMMENDATION
PAGE - 1

filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

## DEADLINE FOR OBJECTIONS

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14) days** after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **August 26, 2016**.

DATED this 8th day of August, 2016.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2