UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICKY LAI,

           Plaintiff,

   v.

SWEDISH MEDICAL CENTER,

           Defendant.

CASE NO. C16-1141-JLR

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS

The Court, having reviewed plaintiff's application to proceed in forma pauperis (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

   (1)   The Court adopts the Report and Recommendation;

   (2)   Plaintiff's IFP application is DENIED;

   (3)   This action will only proceed if plaintiff pays the $400.00 filing fee within **thirty (30) days** of this Order. If the filing fee is not paid within 30 days, the Clerk is directed to close the case without prejudice, and

/ / /

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS
PAGE - 1

1     (4)     The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 28th day of August, 2016.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS
PAGE - 2